UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TYRONE FLETCHER | * | CIVIL ACTION |
| VERSUS | * | NO. 23-2001 |
| LOUISIANA STATE, ET AL. | * | SECTION "J" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff Tyrone Fletcher's § 1983 complaint against the State of Louisiana be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's claims against defendants, District Attorney Paul Connick, unnamed Assistant District Attorneys, and unnamed investigators be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) and § 1915A as frivolous, for failure to state a claim for which relief can be granted, and for seeking relief against immune defendants.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claim against "unknown officers" of the Kenner Police Department regarding an alleged rape on October 18, 2001 be **DISMISSED WITH PREJUDICE** as untimely.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claim against Officer Chad Spindel regarding the circumstances surrounding his arrest be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 20th day of October, 2023.

```
_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE
```